IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| River Hacienda Holdings LLC,<br><br>Appellant,<br><br>v.<br><br>River Road Properties LLC, et al.,<br><br>Appellees. | No. CV-18-00318-TUC-RCC<br><br>**ORDER** |

On June 29, 2018, appellant filed a Notice of Appeal in the U.S. Bankruptcy Court, electing that the appeal of the bankruptcy determination be transferred to the U.S. District Court. (Doc. 1 at 2.)

Pursuant to Federal Rules of Bankruptcy Procedure 8008 and 8009, IT IS ORDERED the appellant shall serve and file an opening brief within fifteen (15) days of the date of this Order. The appellee shall file a responsive brief within fifteen (15) days after service of appellant's opening brief.  Within ten (10) days of service of appellee's brief.

Pursuant to LRCiv16.2(b), this action is designated an expedited track case.

Dated this 2nd day of April, 2019.

_____
Honorable Raner C. Collins
Senior United States District Judge